

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGEL MARTINEZ | No. **1:24-cr-00192**<br>**Judge Elaine E. Bucklo**<br>**Magistrate Judge M. David Weisman**<br>**RANDOM / Cat. 4**<br>Violations: Title 18, United States Code, Sections 2119, 924(c)(1)(A), and 922(g)(1) |

### COUNT ONE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about December 22, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ANGEL MARTINEZ,

defendant herein, with the intent to cause death and serious bodily harm, took by force, violence, and intimidation, a motor vehicle, namely, a 2013 Toyota Prius that had been transported, shipped, and received in interstate commerce, from the person and presence of Victim A;

In violation of Title 18, United States Code, Section 2119.

## COUNT TWO

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about December 22, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ANGEL MARTINEZ,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, carjacking, in violation of Title 18, United States Code, Section 2119, as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

Beginning on or about December 22, 2023, and continuing to on or about December 31, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ANGEL MARTINEZ,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Glock, Model 26 Gen 4, 9mm semiautomatic pistol, bearing serial number XYE297, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Sections 922(g)(1).

# **FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2023 GRAND JURY further alleges:

1. Upon conviction of an offense set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock, Model 26 Gen 4, 9mm semiautomatic pistol, bearing serial number XYE297, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

*Morris Pasqual* by SME
Acting UNITED STATES ATTORNEY